# Exhibit 8

# Criminal Cases Report

U.S. District Court -- United States District Court for the Western District of Washington
Filed Report Period: 9/17/2000 - 9/24/2024

| Case Number/ Title | Case Dates | Days Pending | Notes |
|---|---|---|---|
| 2:07-cr-00225-MJP<br>USA v. Bill | *Case filed:* 06/20/2007<br>*Case closed:* 07/17/2009<br>**Sent: Dismissed**<br>***CIVIL COMMITMENT*** | | *Office:* Seattle<br>*Presider:* Marsha J. Pechman<br>Citation: 18:2241C.F SEX WITH PERSON LESS THAN 12 YEARS OLD |
| 1 - Herbert J. Bill, Jr | *Added:* 06/20/2007<br>*Closed:* 07/17/2009 | | *Presider:* Marsha J. Pechman |
| 2:07-cr-00249-RSM<br>USA v. Charles | *Case filed:* 07/11/2007<br>*Case closed:* 02/06/2009<br>**Dismissed - incompetent** | | *Office:* Seattle<br>*Presider:* Ricardo S. Martinez<br>Citation: 18:2241C.F SEX WITH PERSON LESS THAN 12 YEARS OLD |
| 1 - George R Charles | *Added:* 07/11/2007<br>*Closed:* 02/06/2009 | | *Presider:* Ricardo S. Martinez |
| 2:07-cr-00303-RSL<br>USA v. Jimicum | *Case filed:* 08/29/2007<br>*Case closed:* 06/19/2009<br>**Sent: 120months; Lifetime SR**<br>***Began trial - Pled prior to jury deliberations** | | *Office:* Seattle<br>*Presider:* Robert S. Lasnik<br>Citation: 18:2241C.F SEX WITH PERSON LESS THAN 12 YEARS OLD |
| 1 - Joseph A. Jimicum, Jr. | *Added:* 08/29/2007<br>*Closed:* 06/19/2009 | | *Presider:* Robert S. Lasnik |
| 2:08-cr-00178-JCC<br>USA v. Edwards | *Case filed:* 05/22/2008<br>*Case closed:* 05/22/2009<br>**Sent: 60 months Jail**<br>  ***Jury Trial - Guilty Ct. 2 (Mistrial cts. 1, 3)** | | *Office:* Seattle<br>*Presider:* John C Coughenour<br>Citation: 18:2241C.F SEX WITH PERSON LESS THAN 12 YEARS OLD |
| 1 - Douglas Michael Edwards | *Added:* 05/22/2008<br>*Closed:* 05/22/2009 | | *Presider:* John C Coughenour |
| 2:08-cr-00396-JCC<br>USA v. Bradley | *Case filed:* 12/04/2008<br>*Case closed:* 03/26/2009<br>**Dismissed w/out Prejudice**<br>**(insufficient evidence to proceed** | | *Office:* Seattle<br>*Presider:* John C Coughenour<br>Citation: 18:2241C.F SEX WITH PERSON LESS THAN 12 YEARS OLD |
| 1 - Jay Michael Bradley | *Added:* 12/04/2008<br>*Closed:* 03/26/2009 | | *Presider:* John C Coughenour |
| 2:13-cr-00322-RAJ<br>USA v. Armstrong | *Case filed:* 10/09/2013<br>*Case closed:* 06/23/2015<br>**Original Sent: 240months BOP; Lifetime SR**<br>**Resentenced** 06/10/22: 360 months; Lifetime SR<br>  ***Jury Trial - Guilty** | | *Office:* Seattle<br>*Presider:* Richard A. Jones<br>Citation: 18:2241C.F SEX WITH PERSON LESS THAN 12 YEARS OLD |
| 1 - Lewis Dean Armstrong | *Added:* 10/09/2013<br>*Closed:* 06/23/2015 | | *Presider:* Richard A. Jones |
| 2:15-cr-00192-JLR<br>USA v. Bright | *Case filed:* 06/03/2015<br>*Case closed:* 09/06/2016<br>**Sent: 60 months; 20 yrs SR** | | *Office:* Seattle<br>*Presider:* James L. Robart<br>Citation: 18:2241C.F SEX WITH PERSON LESS THAN 12 YEARS OLD |

| 1 - Samuel Ralph Bright | *Added:* 06/03/2015 *Closed:* 09/06/2016 | | *Presider:* James L. Robart |
|---|---|---|---|
| 2:22-cr-00001-TL **USA v. Pilisuk** | *Case filed:* 01/05/2022 | | *Office:* Seattle *Presider:* Tana Lin Citation: 18:2241C.F SEX WITH PERSON LESS THAN 12 YEARS OLD |
| 1 - Shabnam Dawn Pilisuk | *Added:* 01/05/2022 | 993 | *Presider:* Tana Lin |

**Total Number of Cases Reported:** 8

## Criminal Cases Report

U.S. District Court -- United States District Court for the Western District of Washington
Filed Report Period: 9/17/2000 - 9/24/2024

| Case Number/Title | Case Dates | Days Pending | Notes |
|---|---|---|---|
| 3:09-cr-05089-RJB<br>USA v. MacBryghde | *Case filed:* 02/05/2009<br>*Case closed:* 03/12/2010<br>**Sent: Time Served; 5 yrs SR** | | *Office:* Tacoma<br>*Presider:* Robert J. Bryan<br>Citation: 18:2241C.F SEX WITH PERSON LESS THAN 12 YEARS OLD |
| 1 - Krystof Winton MacBryghde | *Added:* 02/05/2009<br>*Closed:* 03/12/2010 | | *Presider:* Robert J. Bryan |
| 3:14-cr-05305-RBL<br>USA v. Charles | *Case filed:* 07/17/2014<br>*Case closed:* 02/05/2016<br>**Statements Suppressed in PTM's**<br>**Jury Trial - Guilty cts. 6-9, 11**<br>**Sent: Life imprisonment** | | *Office:* Tacoma<br>*Presider:* Ronald B. Leighton<br>Citation: 18:2241C.F SEX WITH PERSON LESS THAN 12 YEARS OLD |
| 1 - Leroy Charles | *Added:* 07/17/2014<br>*Closed:* 02/05/2016 | | *Presider:* Ronald B. Leighton |
| 3:15-cr-05014-RBL<br>USA v. French | *Case filed:* 01/21/2015<br>*Case closed:* 06/05/2015<br>**Sent: 25 yrs.; Lifetime SR** | | *Office:* Tacoma<br>*Presider:* Ronald B. Leighton<br>Citation: 18:2241C.F SEX WITH PERSON LESS THAN 12 YEARS OLD |
| 1 - Joseph Thomas French | *Added:* 01/21/2015<br>*Closed:* 06/05/2015 | | *Presider:* Ronald B. Leighton |
| 3:16-cr-05242-RJB<br>USA v. Cedeno | *Case filed:* 05/19/2016<br>*Case closed:* 10/13/2017<br>**Sent: 210 months; Life SR** | | *Office:* Tacoma<br>*Presider:* Robert J. Bryan<br>Citation: 18:2241C.F SEX WITH PERSON LESS THAN 12 YEARS OLD |
| 1 - Wimibaldo Ever Cedeno | *Added:* 05/19/2016<br>*Closed:* 10/13/2017 | | *Presider:* Robert J. Bryan |
| 3:16-cr-05246-BHS<br>USA v. Descoteaux | *Case filed:* 05/25/2016<br>*Case closed:* 09/05/2017<br>**Sent: 276 months concurrent with CR17-5074BHS;**<br>**Lifetime SR** | | *Office:* Tacoma<br>*Presider:* Benjamin H. Settle<br>Citation: 18:2241C.F SEX WITH PERSON LESS THAN 12 YEARS OLD |
| 1 - Kenneth Paul Descoteaux | *Added:* 05/25/2016<br>*Closed:* 09/05/2017 | | *Presider:* Benjamin H. Settle |
| 3:16-cr-05303-RJB<br>USA v. Crawford | *Case filed:* 06/29/2016<br>*Case closed:* 01/31/2020<br>**Sent: 120 months; Lifetime SR**<br>**\*Stipulated Facts Trial Agreement** | | *Office:* Tacoma<br>*Presider:* Robert J. Bryan<br>Citation: 18:2241C.F SEX WITH PERSON LESS THAN 12 YEARS OLD |
| 1 - Charles Evan Crawford | *Added:* 06/29/2016<br>*Closed:* 01/31/2020 | | *Presider:* Robert J. Bryan |
| 3:16-cr-05493-RJB<br>USA v. Morales | *Case filed:* 10/12/2016<br>*Case closed:* 08/18/2017<br>**Sent: 20 yrs; Lifetime SR** | | *Office:* Tacoma<br>*Presider:* Robert J. Bryan<br>Citation: 18:2241C.F SEX WITH PERSON LESS THAN 12 YEARS OLD |

| Case | Dates | Sentence | | Presider/Office |
|---|---|---|---|---|
| [1 - Luis Alberto Morales] | *Added:* 10/12/2016 *Closed:* 08/18/2017 | | | *Presider:* Robert J. Bryan |
| 3:17-cr-05074-BHS **USA v. Descoteaux** | *Case filed:* 02/17/2017 *Case closed:* 09/05/2017 | Sent: (see above)   276 months | | *Office:* Tacoma *Presider:* Benjamin H. Settle Citation: 18:2241C.F SEX WITH PERSON LESS THAN 12 YEARS OLD |
| [1 - Kenneth Paul Descoteaux] | *Added:* 02/17/2017 *Closed:* 09/05/2017 | | | *Presider:* Benjamin H. Settle |
| 3:17-cr-05191-BHS **USA v. Butcher** | *Case filed:* 05/09/2017 *Case closed:* 11/17/2017 | Sent: 97 months; 10 yrs SR | | *Office:* Tacoma *Presider:* Benjamin H. Settle Citation: 18:2241C.F SEX WITH PERSON LESS THAN 12 YEARS OLD |
| [1 - Charles Jason Butcher] | *Added:* 05/09/2017 *Closed:* 11/17/2017 | | | *Presider:* Benjamin H. Settle |
| 3:18-cr-05491-RJB **USA v. Carpenter** | *Case filed:* 09/26/2018 *Case closed:* 09/30/2022 | Sent: 12 yrs; 20 yrs SR | | *Office:* Tacoma *Presider:* Robert J. Bryan Citation: 18:2241C.F SEX WITH PERSON LESS THAN 12 YEARS OLD |
| [1 - Jonathan David Carpenter] | *Added:* 09/26/2018 *Closed:* 09/30/2022 | | | *Presider:* Robert J. Bryan |
| 3:18-cr-05538-BHS **USA v. Jelmberg** | *Case filed:* 11/20/2018 *Case closed:* 06/21/2021 | Sent: 96 months; 15 yrs SR | | *Office:* Tacoma *Presider:* Benjamin H. Settle Citation: 18:2241C.F SEX WITH PERSON LESS THAN 12 YEARS OLD |
| [1 - Jacob Martin Jelmberg] | *Added:* 11/20/2018 *Closed:* 06/21/2021 | | | *Presider:* Benjamin H. Settle |
| 3:19-cr-05148-BHS **USA v. Yoeun** | *Case filed:* 04/03/2019 *Case closed:* 02/16/2023 | Sent: 264 months; 15 yrs SR | | *Office:* Tacoma *Presider:* Benjamin H. Settle Citation: 18:2241C.F SEX WITH PERSON LESS THAN 12 YEARS OLD |
| [1 - Moeun Yoeun] | *Added:* 04/03/2019 *Closed:* 02/16/2023 | | | *Presider:* Benjamin H. Settle |
| 3:19-cr-05352-BHS **USA v. Whicher** | *Case filed:* 08/21/2019 *Case closed:* 10/25/2021 | Sent: 102 months; 10 yrs SR | | *Office:* Tacoma *Presider:* Benjamin H. Settle Citation: 18:2241C.F SEX WITH PERSON LESS THAN 12 YEARS OLD |
| [1 - John Timothy Whicher] | *Added:* 08/21/2019 *Closed:* 10/25/2021 | | | *Presider:* Benjamin H. Settle |
| 3:20-cr-05269-BHS **USA v. Buckingham** | *Case filed:* 08/05/2020 *PENDING* | Change of Plea struck 07/18/24 - Superseding Indictment filed 09/18/24 | | *Office:* Tacoma *Presider:* Benjamin H. Settle Citation: 18:2241C.F SEX WITH PERSON LESS THAN 12 YEARS OLD |
| [1 - Brian Buckingham] | *Added:* 08/05/2020 | | 1511 | *Presider:* Benjamin H. Settle |
| 3:21-cr-05253-BHS **USA v. Harrod** | *Case filed:* 07/14/2021 *Case closed:* 01/08/2024 | Sent: 120 months; Lifetime supervision | | *Office:* Tacoma *Presider:* Benjamin H. Settle Citation: 18:2241C.F SEX WITH PERSON LESS THAN 12 YEARS OLD |

| 1 - Joshua Carl Harrod | *Added:* 07/14/2021<br>*Closed:* 01/08/2024 | | *Presider:* Benjamin H. Settle |
|---|---|---|---|
| 3:24-cr-05043-TMC<br>**USA v. Douglas** | *Case filed:* 02/14/2024   ***Case Pending*** | | *Office:* Tacoma<br>*Presider:* Tiffany M. Cartwright<br>Citation: 18:2241C.F SEX WITH PERSON LESS THAN 12 YEARS OLD |
| 1 - Marcus Jerome Douglas | *Added:* 02/14/2024 | 223 | *Presider:* Tiffany M. Cartwright |

**Total Number of Cases Reported:** 16